# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-50340
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

January 12, 2026

Lyle W. Cayce
Clerk

Jodie Collins,

*Plaintiff—Appellant*,

*versus*

Westlake Financial Services,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-21

———————————————————

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Jodie Collins, proceeding pro se, appeals the district court's dismissal of his civil action and the denial of his motion to vacate. Although pro se filings are afforded liberal construction, even pro se litigants must brief arguments in order to preserve them. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Collins's only argument on the merits is that he satisfied his

———————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50340

payment obligation under the credit agreement through the submission of the self-authored negotiable instrument. This argument is frivolous. *See* TEX. BUS. & COM. CODE § 3.104(a).

In light of the foregoing, the judgment of the district court is AFFIRMED.